**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| KATHLEEN R. JACKSON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 09-0807-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $692.96 under the Equal Access to Justice Act, representing compensation for four (4) hours of service by Colin E. Kemmerly, Esquire, at the cost-of-living-adjusted rate of $173.24 an hour.

.     **DONE** this the 14th day of September, 2010.

                       s/WILLIAM E. CASSADY
                       **UNITED STATES MAGISTRATE JUDGE**